IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN WHITNEY,

    Plaintiff,                      No. CIV S-10-2532 FCD EFB P

vs.

R. MIRANDA, et al.,

    Defendants.                 <u>ORDER</u>

/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On October 20, 2010, the court directed plaintiff to submit four copies of the September 20, 2010 endorsed complaint for the U. S. Marshal to serve defendants. Plaintiff submitted no copies of the complaint. He has failed to comply with the order.

      It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the October 20, 2010 order, or to submit four copies of his complaint. Failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk of the Court is directed to send to plaintiff one copy of the September 20, 2010 pleading.

DATED: November 10, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN WHITNEY,

    Plaintiff,               No. CIV S-10-2532 FCD EFB P

   vs.

R. MIRANDA, et al.,

    Defendants.        NOTICE OF SUBMISSION OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ completed summons form

      ____ completed forms USM-285

      _4_ copies of the September 20, 2010 Complaint

Dated:

                              Plaintiff