**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
LaKeysia R. Beene, CSB #265078

Attorneys for defendants
SWINGLE, NEPOMUCENO and MIRANDA

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORMAN WHITNEY, | Case No. 2:10-cv-02532-FCD-EFB |
| Plaintiff, | ~~PROPOSED~~ **ORDER** |
| vs. | |
| R. MIRANDA, et al., | |
| Defendants. | |

**ORDER**

Defendants  SWINGLE, NEPOMUCENO and MIRANDA seek an order from the Court, pursuant to Federal Rule of Civil Procedure 30(b)(4), to permit defendants' counsel to conduct the deposition of plaintiff NORMAN WHITNEY and all witnesses in this case via videoconference.

Having read defense counsel's request,

IT IS HEREBY ORDERED THAT:

1. Defendants' request to conduct plaintiff and witness' depositions via videoconference is GRANTED.

///

///

///

*Whitney v. Miranda [2:10-cv-02532-FCD-EFB] Order*                                                       Page 1

2. Nothing in this Order shall be interpreted as requiring any penal institution to obtain videoconferencing equipment if it is not already available.

Dated: June 20, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

*Whitney v. Miranda [2:10-cv-02532-FCD-EFB] Order*                                                                 Page 2